# UNITED STATES DISTRICT COURT
for the
District of Colorado

BY: JULIE KAYE EMBRY )
IN BEHALF OF: BRUCE ALLEN DOUCETTE )
IDENTIFICATION # 0000864076 )
)
_____ )
*Petitioner* )
)
v. )  Case No. _____
)           *(Supplied by Clerk of Court)*
BARRY GOODRICH, WARDEN OF CROWLEY )
COUNTY CORRECTIONAL FACILITY, OLNEY )
SPRINGS, COLORADO )
)
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 26 2019**

JEFFREY P. COLWELL
CLERK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: BRUCE ALLEN DOUCETTE

   (b) Other names you have used: _____

2. Place of confinement:

   (a) Name of institution: CROWLEY COUNTY CORRECTIONAL FACILITY

   (b) Address: 6564 HIGHWAY 96

   OLNEY SPRINGS, COLORADO 81062

   (c) Your identification number: 0000864076

3. Are you currently being held on orders by:

   ☐ Federal authorities   ☐ State authorities   ☒ Other - explain:
   MICHAEL J. SPEAR, DISTRICT JUDGE

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you: LINDSEY-FLANAGAN COURTHOUSE
   520 WEST COLFAX AVENUE, DENVER, COLORADO

   (b) Docket number of criminal case: SEE EVIDENCE ATTACHED

   (c) Date of sentencing: UNKNOWN

   ☐ Being held on an immigration charge

   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: CONSTITUTIONAL VIOLATION OF DENYING "ASSISTANCE OF COUNSEL"

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 

   (b) Docket number, case number, or opinion number: 
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d) Date of the decision or action: 

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: COLORADO JUDICIAL COMMISSION FOR DISCIPLINE

           (2) Date of filing: FEBRUARY 18, 2018
           (3) Docket number, case number, or opinion number: UNKNOWN
           (4) Result: UNKNOWN
           (5) Date of result: PENDING
           (6) Issues raised: ASSERTION OF CONSTITUTIONAL RIGHT TO ASSISTANCE OF COUNSEL; MOTION FOR COUNSEL UNCONSTITUTIONALLY DENIED BY MICHAEL J. SPEAR, DISTRICT JUDGE

   (b) If you answered "No," explain why you did not appeal: BECAUSE THERE IS NO ASSISTANCE OF COUNSEL TO FILE AN APPEAL AS WELL AS BY THE TIME IT WAS DISCOVERED THE SUPREME COURT CASES IN MEMORANDUM THE TIME TO FILE APPEAL HAS PASSED.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

NOT IN FEDERAL CUSTODY

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes  ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
  ☐ Yes  ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** CONSTITUTIONAL VIOLATIONS BY THE STATE COURT AND JUDGE DENYING "ASSISTANCE OF COUNSEL", A RIGHT GUARANTEED BY THE UNITED STATES OF AMERICA CONSTITUTION AND THE COLORADO CONSTITUTION AS WELL AS TREATIES REGARDING INTERNATIONAL LAW

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: ATTACHMENTS TO Supporting Memorandum
PAGE ONE OF CERTIFIED COPY OF INDICTMENT (SEE ATTACHED)
MOTION FOR ADVISORY COUNSEL TO BE APPOINTED (SEE ATTACHED)
ORDER DENYING MOTION FOR ADVISORY COUNSEL (SEE ATTACHED)
(PETITIONER DOES NOT HAVE A COPY OF SENTENCING STATEMENT FOR DATE OF SENTENCE)
SUPPORTING MEMORANDUM WITH SUPREME COURT DECISIONS (SEE ATTACHED)

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

**GROUND FOUR:** _____

_____
_____

(a) Supporting facts *(Be brief Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____
_____
_____
_____

**Request for Relief**

15. State exactly what you want the court to do: FORTHWITH AWARD THE WRIT OR ISSUE AN ORDER DIRECTING THE RESPONDENT TO SHOW CAUSE, WITHIN THREE DAYS, WHY THE WRIT SHOULD NOT BE GRANTED - SET A HEARING WITHIN 5 DAYS OF RESPONDENT'S RETURN - SUMMARILY HEAR AND DETERMINE THE FACTS, AND DISPOSE OF THE MATTER AS LAW AND JUSTICE REQUIRE IN ACCORDANCE WITH TITLE 28 USC 2243; SEE MEMORANDUM ATTACHED AND CERTIFIED COPIES OF COURT DOCUMENTS. THANK YOU!

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
FORM FILLED OUT "IN BEHALF OF" BRUCE DOUCETTE, WITH TRUTH AS TO THE BEST OF KNOWLEDGE

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: FEBRUARY 19, 2019

By: Julie Embry in behalf of BRUCE DOUCETTE 28 USC 2242

JULIE EMBRY *Signature of Petitioner* 4513 DARTMOORE LN
Colleyville Texas 76034

N|A
*Signature of Attorney or other authorized person, if any*

# PRIORITY®
# ★ MAIL ★



## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS00001000014   EP14F July 2013
                OD: 12.5 x 9.5



* Domestic only   * For International shipments, the maximum weight is 4 lbs.

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL

# PRIORITY®
# ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

FROM:
Emily
4513 Dartmoore Lane
Colleyville, Texas 76034

TO:
Clerk (Intake) (Room A105)
Alfred A. Arraj U.S. Dist Court
901 19th Street
Denver CO 80294-3589

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

9114 9011 8986 6502 6259 88

14F July 2013
D: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE.**