**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Return To Sender
( ) No DOC #
(X) Name/DOC # Don't Match
( ) No Return Address

NIXIE        808   DE 1        0003/08/19
            RETURN TO SENDER
                 REFUSED
            UNABLE TO FORWARD

BC: 80294375899        *1979-07751-26-39

Bruce Allen Doucette
#00008 64076
Crowley County Correctional Facility (CCCF)
P.O. Box 100
6564 State Highway 96
Olney Springs, CO 81062-8700

DENVER SPECIAL MAIL
OPENED IN THE PRESENCE OF THE INMATE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 12 2019
JEFFREY P. COLWELL
CLERK

neopost
02/26/2019
US POSTAGE $00.50⁰
ZIP 80294
041L11245087

FIRST-CLASS MAIL

19cv566LTB
Des 19d2