JULIE KAYE EMBRY
4513 Dartmoore Lane
Colleyville, Texas 76034

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2019

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

BY: JULIE KAYE EMBRY

PETITIONER

Case No. 19-cv-00566-GPG

v.

BARRY GOODRICH, WARDEN OF
CROWLEY COUNTY CORRECTIONAL
FACILITY, a.k.a. "CCCF"
OLNEY SPRINGS, COLORADO

**MOTION FOR EXTENSION OF
TIME TO CURE DEFICIENCIES**

RESPONDENT

Petitioner, JULIE KAYE EMBRY, certifies that this Motion For Extension of Time To Cure Deficiencies is submitted in good faith, and not for the purpose of undue delay. Moreover, no prejudice will result. This is Petitioner's first request for an extension of time. Petitioner does not know if Respondent opposes this motion as Petitioner has no contact with Respondent.

## Motion For Extension of Time To Cure Deficiencies

Local Rule 6.1 (D.C.COLO.LCivR 6.1) permits parties to file motions for extensions of time to respond. Petitioner seeks an extension of time of twenty-one (21) days, from March 30, 2019

to April 20, 2019, in which to comply with Court ORDER TO CURE DEFICIENCIES, ECF 3, for the following reasons:

**WHEREAS,**

1. Petitioner, JULIE KAYE EMBRY, has a significant relationship with the res, BRUCE ALLEN DOUCETTE, but is obstructed from ease of access to communicate and sometimes completely obstructed. Note, the Court itself has also been obstructed from communication with the res as the docket reflects that even the Court's mail has been obstructed by the Respondent, BARRY GOODRICH. Obtaining "an original signature" from BRUCE ALLEN DOUCETTE is a near impossibility because considering the mail is being obstructed by the Respondent, BARRY GOODRICH; and,

2. Petitioner, JULIE KAYE EMBRY, requires the extra time to cure the deficiencies as the time allowed has been used primarily for researching the difference between a 2241 and a 2254; and,

3. Petitioner, JULIE KAYE EMBRY, is pro se and wishes for leniency in the interest of justice; and,

4. Petitioner, JULIE KAYE EMBRY, believes that Respondent, BARRY GOODRICH, will not be prejudiced by the extension; and, that only the res, BRUCE ALLEN DOUCETTE, will suffer for the delay.

**WHEREFORE,**

Under these circumstances, Petitioner, JULIE KAYE EMBRY, respectfully requests that the Court grant this motion for the requested extension of time of 21 days in which to cure deficiencies.

By: _____
Petitioner: JULIE KAYE EMBRY, Exe

In Behalf of:
BRUCE ALLEN DOUCETTE 0000864076, res
Unlawfully Detained at:
Crowley County Correctional Facility,
6564 Highway 96,
Olney Springs, CO 81062

## CERTIFICATION OF SERVICE

I hereby certify that on the 19th day of March 2019, I served this **Motion For Extension of Time To Cure Deficiencies** upon:

BARRY GOODRICH
Crowley County Correctional Facility,
6564 Highway 96,
Olney Springs, CO 81062

by the following method or methods as indicated:

( X ) by mailing to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the Post Office at Crane, Oregon State, on the date set forth above.

By: _____
Petitioner: JULIE KAYE EMBRY

In Behalf of:
BRUCE ALLEN DOUCETTE 0000864076, res
Unconstitutionally Detained at:
Crowley County Correctional Facility,
6564 Highway 96,
Olney Springs, CO 81062

# USPS Priority Mail Envelope

**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

USPS TRACKING #

9114 9011 8986 6502 6262 68

LAB400R Aug. 2013
7690-17-000-0669
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Pitney Bowes postage:
02 1P
0004733887
MAR 20 2019
$000.00°
MAILED FROM ZIP CODE 97732

FROM:
Julie Kaye Embrey
4513 Dartmoore Lane
Collegeville Texas 76034

TO:
United States Dist Court
for the Dist of Colorado
Attn: Court Clerk
901 14th Street
Denver Colorado 80294

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.