

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

19-CV-00566-GPG

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 08 2019

JEFFREY P. COLWELL
CLERK

DOC 6

neopost
03/26/2019
US POSTAGE $00.50
ZIP 80294
041L11245087

DENVER MAIL
OPEN ONLY IN THE
PRESENCE OF THE
26 MAR '19
PM 7 L
INMATE

Return To Sender
( ) No DOC #  Don't Match
(X) Name/DOC #
( ) No Return Address

Bruce Allen Doucette
#0000864076 — This is not a DOC #
Crowley County Correctional Facility (CCCF)
P.O. Box 100
6564 State Hig
Olney Springs,

NIXIE    808  DE 1    0004/05/19

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250099    *1820-02460-26-39

ANK