FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 11 2019
JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
для the
District of Colorado

BRUCE ALLEN DOUCETTE

PETITIONER

Case No. 19-cv-00566-GPG

v.

BARRY GOODRICH, WARDEN OF
CROWLEY COUNTY CORRECTIONAL
FACILITY, a.k.a. "CCCF"
OLNEY SPRINGS, COLORADO

**MANDATORY JUDICIAL NOTICE OF ERROR OF PETITIONER'S DOC #**

RESPONDENT

WHEREAS

Application bears an incorrect "identification number" of "0000864076"

WHEREFOR

Now Mandatory Judicial Notice of Error of Petitioner's correct DOC # 180736 is taken by UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO.

Executed Honorably On: April 4, 2019.

Bruce Doucette, *15 USC 7001(a)(1-2)*
BRUCE ALLEN DOUCETTE #180736
Crowley County Correctional Facility,
6564 Highway 96,
Olney Springs, CO 81062