FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 11 2019
JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

BRUCE ALLEN DOUCETTE

PETITIONER

Case No. 19-cv-00566-GPG

v.

BARRY GOODRICH, WARDEN OF
CROWLEY COUNTY CORRECTIONAL
FACILITY, a.k.a. "CCCF"
OLNEY SPRINGS, COLORADO

RESPONDENT

**MOTION TO APPOINT
ASSISTANCE OF COUNSEL FOR
EVIDENTIARY HEARING IF
HABEAS IS NOT FORTHWITH
AWARDED**

COMES NOW, Petitioner, ~~by and through undersigned "next friend"~~ RD, and files this Motion to Appoint Assistance Of Counsel For Evidentiary Hearing If Habeas Is Not Forthwith Awarded and shows this Honorable Court the following:

I declare that I am the Plaintiff in this proceeding and am unable to afford the services of an attorney, and I request that the Court appoint counsel to represent me in this proceeding if/when an evidentiary hearing becomes necessary to determine the facts of this case.

In further support of my motion, I declare that I am not currently and previously have not been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

In further support of my motion, I declare that I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed Honorably On:     March 24, 2019.

BY: *[signature]*

**Bruce Doucette,**   *15 USC 7001(a)(1-2)*
BRUCE ALLEN DOUCETTE 180736
Crowley County Correctional Facility,
6564 Highway 96,
Olney Springs, CO 81062

MOTION TO APPOINT ASSISTANCE OF COUNSEL FOR EVIDENTIARY HEARING
IF HABEAS IS NOT FORTHWITH AWARDED



# AFFIDAVIT OF DELIVERY

County of Boulder, State of Colorado

I, Jordan Schneider, declare under oath that I delivered the following documents:
- Petition for Writ of Habeas Corpus
- 1st Amended Memorandum in Support of Writ of Habeas Corpus
- Response to Court Order ECF #3 Regarding Order to Refile Case as a Section 2255
- Motion to Appoint Assistance of Counsel for Evidentiary Hearing if Habeas is not Forthwith Awarded
- Certificate of Service
- Application to Proceed in District Court Without Prepaying Fees or Costs

to the Alfred A. Arraj United States Courthouse by personally handing the documents to Roman Ville – Deputy Clerk at 901 19th St, Denver, CO 80294 on 03/26/2019 at 11:25am.

Date: 03/26/2019

Sign: *Jordan Schneider*

Subscribed and affirmed, or sworn to me in the County of Boulder, State of Colorado, this 26 day of March, 2019.

My Commission Expires 10/25/2022

SARA FELDSTEIN-NIXON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184041937
MY COMMISSION EXPIRES OCT. 25, 2022

# UNITED STATES DISTRICT COURT
for the
District of Colorado

BRUCE ALLEN DOUCETTE

        PETITIONER

Case No. 19-cv-00566-GPG

v.

BARRY GOODRICH, WARDEN OF
CROWLEY COUNTY CORRECTIONAL
FACILITY, a.k.a. "CCCF"
OLNEY SPRINGS, COLORADO

**<u>MANDATORY JUDICIAL
NOTICE OF ERROR OF
PETITIONER'S DOC #</u>**

        RESPONDENT

WHEREAS

Application bears an incorrect "identification number" of "0000864076"

WHEREFOR

Now Mandatory Judicial Notice of Error of Petitioner's correct DOC # 180736 is taken by UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO.

Executed Honorably On:    April 4, 2019.

By: *[signature]*

Bruce Doucette,   *15 USC 7001(a)(1-2)*
BRUCE ALLEN DOUCETTE #180736
Crowley County Correctional Facility,
6564 Highway 96,
Olney Springs, CO 81062