To Clerk of Court:

I Need you to Please Schedule an evidentiary Hearing on Calender A.S.A.P. IN this Case # 19-CV-0056-GPG Thank you very Kindly

By: Bruce *[signature]*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 11 2019

JEFFREY P. COLWELL
CLERK