**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00566-LTB-GPG

BRUCE ALLEN DOUCETTE,

    Applicant,

v.

BARRY GOODRICH, Warden,

    Respondent.

---

ORDER OF DISMISSAL

---

    This matter is before the Court on the Recommendation Regarding Dismissal filed July 22, 2019 (ECF No. 23).  Plaintiff has filed timely written objections to the Recommendation (ECF No. 24).  The Court has therefore reviewed the Recommendation *de novo* in light of the file and record in this case.  On *de novo* review the Court concludes that the Recommendation is correct for the reasons stated therein and in the Order Directing Applicant to File Third Amended Application (ECF No. 20).

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the U.S. Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

    Accordingly, it is

ORDERED that the objection (ECF No. 24) is overruled.  It is

FURTHER ORDERED that the Recommendation Regarding Dismissal (ECF No. 23) is accepted and adopted.  It is

FURTHER ORDERED that the Second Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 18) and this action are DENIED and DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of the procedural ruling and Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  26th  day of   August  , 2019.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court